

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00179-CR

Chris Edward **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1519
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 23, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice